**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DOMINICK GIAMPAOLO,**

**Plaintiff,**

**v.**

**KENNETH BARTLEY, et al.,**

**Defendant.**                                              **No. 07-526-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Before the Court is Plaintiff Giampaolo's Stipulation for Dismissal (Doc. 87).  Specifically, Plaintiff Giampaolo seeks to dismiss his claims against Defendants Kenneth Bartley, Terri Bryant, P. Rensic, Terry Epplin, and Mark Hartman. Defendants have also filed a stipulation confirming the dismissal (Doc. 89).  The remaining Defendants have filed a response to the stipulation stating that they have no objection to the dismissal of the above mentioned Defendants (Doc. 88). Therefore, based on the reasons in the motion, the Court **ACKNOWLEDGES** the stipulation of dismissal and **DISMISSES with prejudice** Plaintiff's claims against Kenneth Bartley, Terri Bryant, P. Rensic, Terry Epplin, and Mark Hartman, with the parties to bear their own costs.  Plaintiff's claims against the other Defendants in this action, including Mary Lane, R.N., Ahmed Tariz, M.D., Joyce Lucas, LPN, Marcia

Hill, LPN, Dennis Larson, M.D., Tammy Giacoma, R.N., Timothy Mathis, M.D. and

Wexford Health Sources, Inc., remain pending.   Further, the Court **FINDS as moot**

the summary judgment motion filed by Defendants Kenneth Bartley, Terri Bryant,

P. Rensic, Terry Epplin, and Mark Hartman (Doc. 50).

**IT IS SO ORDERED.**

Signed this 9th day of April, 2010.


/s/  *David R Herndon*

**Chief Judge**
**United States District Court**