IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOMINICK GIAMPAOLO,

Plaintiff,

v.

KENNETH BARTLEY, et al.,

Defendants.                                              No. 07-526-DRH

<u>ORDER</u>

**HERNDON, Chief Judge:**

  Before the Court is a Rule 41(a) Stipulation for Dismissal (Doc. 98) filed by Plaintiff Dominick Giampaolo and Defendants Mary Lane, R.N., Ahmed Tariq, M.D., Joyce Lucas, LPN, Marcia Hill, LPN, and Timothy Mathis, M.D.  Specifically, Plaintiff seeks to voluntarily dismiss his remaining claims against Defendants with prejudice.  Based on the reasons in the motion the Court **ACKNOWLEDGES** the Rule 41(a) Stipulation for Dismissal (Doc. 98) and **DISMISSES with prejudice** Plaintiff Giampaolo's remaining claims against Defendants Lane, Tariq, Lucas, Hill, and Mathis.  The Court further **DENIES AS MOOT** Defendants' Motion for Summary Judgment (Doc. 96).

  The Court also notes that all other Defendants had previously been dismissed

(*See* Docs. 83, 90, & 95) and with the dismissal of the remaining claims against Defendants, the case is now closed.  Therefore, the Court **ORDERS** the Clerk of the Court to enter judgment accordingly.

        **IT IS SO ORDERED.**

    Signed this 17th day of August, 2010.

                              /s/     DavidRHerndon
                              **Chief Judge**
                              **United States District Court**