IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DOMINICK GIAMPAOLO,**

**Plaintiff,**

v.

**KENNETH BARTLEY,**

**Defendants.**                                         No. 07-CV-526-DRH

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action is before the Court for the purpose of docket control.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation for Dismissal filed August 16, 2010, and the Order of this Court entered on August 17, 2010, (Doc. 99), plaintiff, **DOMINICK GIAMPAOLO**'S claims against defendants **NURSE LANE, DR. TARIQ, JOYCE LUCAS, NURSE HILL and DIRECTOR MATHES** are **DISMISSED with prejudice**.

      **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Minute Order of the Court entered on February 11, 2010 (Doc. 83), judgment is entered in favor of defendant, **T. KISRO**, and against plaintiff, **DOMINICK GIAMPAOLO**.

      **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on April 9, 2010, (Doc. 90), judgment is entered in favor of defendants, **KENNETH BARTLEY, T. BRYANT, P. RENSIC, T.EPPLIN and MR. HARTMAN**, and against plaintiff, **DOMINICK GIAMPAOLO**.

      **IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on June 23, 2010, (Doc. 95), judgment is entered in favor of the defendants, **T. GIACOMO, DENNIS LARSON and WEXFORD HEALTH SOURCES, INC.,** and against the plaintiff, **DOMINICK GIAMPAOLO**. This case is **DISMISSED** with prejudice in its entirety.

                                                 **NANCY J. ROSENSTENGEL,**
                                                 **CLERK OF COURT**

                                                 **BY:**      **/s/***Sandy Pannier*
                                                              **Deputy Clerk**

Dated: August 19, 2010

APPROVED: /s/ *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT